UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN B. GARLIN,<br><br>                Plaintiff,<br><br>        v.<br><br>VETERANS ASSOCIATION OF PALO ALTO,<br><br>                Defendant. | Case No. 2:23-cv-01321-APG-EJY<br><br>**REPORT AND RECOMMENDATION** |

On August 24, 2023, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. On August 25, 2023, the Court granted Plaintiff's IFP application and dismissed his Complaint without prejudice with leave to amend by September 29, 2023. ECF No. 3. On October 10, 2023, the Court directed Plaintiff to "show cause no later than October 31, 2023, why this matter should not be dismissed for failure to comply with the Court's August 25, 2023 Order." ECF No. 4. The Order concluded the Court would recommend dismissal without prejudice of this action if Plaintiff failed to timely comply with the October 10, 2023 Order. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Orders.

DATED this 15th day of November, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file

1

1  objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).