UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN B. GARLIN,<br><br>  Plaintiff<br><br>v.<br><br>VETERANS ASSOCIATION OF PALO ALTO,<br><br>  Defendant | Case No.: 2:23-cv-01321-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 5] |

On November 15, 2023, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Brian Garlin has not complied with court orders to file an amended complaint. ECF No. 5. Garlin did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 5) is accepted, plaintiff Brian Garlin's complaint (ECF No. 1-1) is dismissed without prejudice, and the clerk of court is instructed to close this case.

DATED this 6th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE